UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

URI STUDENT SENATE; DAVID KEACH; TIMOTHY DEMERCHANT, MICHAEL SPATCHER, WARREN BYRNE, BEN CUDDY, WALTER J. MANNING, STEVEN and KAREN JEDSON,
*Plaintiffs,*

v.

TOWN OF NARRAGANSETT; T. BRIAN HANDRIGAN, JAMES P. DURKIN, KRISTA J. GARRETT, GEORGE F. LENIHAN, and CHRISTOPHER WILKENS, Council Members in their Official Capacities; JEFFRY CEASRINE, Town Manager, ROBERT UYTTEBROEK, Town Treasurer, and JOSEPH T. LITTLE, JR., Town Police Chief, in their Official Capacities,
*Defendants.*

CA 08 207 T

*{R.I. Superior Court, C.A. No. WC08-0396}*

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, defendants allege as follows:

1. Defendants—Town of Narragansett; T. Brian Handrigan, James P. Durkin, Krista J. Garrett, George F. Lenihan, Christopher Wilkens, in their official capacities as Town Council Members; Jeffry Ceasrine, in his official capacity as Town Treasurer; Robert Uyttebroek, in his official capacity as Town Treasurer; and Joseph T. Little, Jr., in his official capacity as Police Chief (collectively "Defendants")—are defendants in a civil action filed in the Washington

County Superior Court entitled, *U.R.I. Student Senate, et al. v. Town of Narragansett, et al.*, *C.A. No. WC08-0396.*

2. Pursuant to Local Civil Rule 81(b), attached hereto is a complete and certified copy of the Washington County Superior Court record, entitled, *U.R.I. Student Senate, et al. v. Town of Narragansett, et al.*, *C.A. No. WC08-0396*, which is the case being removed.

3. Upon information and belief, the complaint in the above described case was served on defendants on or about May 27, 2008 and, therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in Plaintiffs' complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d). .

5. This Notice of Removal is filed on behalf of all defendants in this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within ten (10) days after filing this Notice of Removal, defendants shall file certified or attested copies of the Washington County Superior Court docket sheet to confirm the filing of the Notice of Removal therein.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Removal was mailed, postage prepaid, on this 28th day of May, 2008, to:

H. Jefferson Melish, Esq. (#3100)
ACLU – RI Affiliate
74 Main Street
Wakefield, RI 02879
(401) 783-6840