STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2008-0396 URI STUDENT SENATE V TOWN ON NARRAGANSETT

Filing Date: 05-23-2008
Case Status: UNASSIGNED

Case Type: INJUNCTIVE RELIEF
Status Date: 05-23-2008

| | | |
|---|---|---|
| Plaintiff: | URI STUDENT SENATE<br>ID: @11019146 | Attorney: H. MELISH |
| Plaintiff: | DAVID KEACH<br>ID: @11019147 | Attorney: H. MELISH |
| Plaintiff: | TIMOTHY DEMERCHANT<br>ID: @11019148 | Attorney: H. MELISH |
| Plaintiff: | MICHAEL SPATCHER<br>ID: @11019149 | Attorney: H. MELISH |
| Plaintiff: | WARREN BYRNE<br>ID: @11019150 | Attorney: H. MELISH |
| Plaintiff: | BEN CUDDY<br>ID: @11019151 | Attorney: H. MELISH |
| Plaintiff: | WALTER MANNING<br>ID: @11019152 | Attorney: H. MELISH |
| Plaintiff: | STEVEN JEDSON<br>ID: @11019153 | Attorney: H. MELISH |
| Plaintiff: | KAREN JEDSON<br>ID: @11019155 | Attorney: H. MELISH |
| Defendant: | TOWN OF NARRAGANSETT<br>ID: NARRAGANS | |
| Defendant: | JOSEPH LITTLE<br>ID: @11019160 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-23-2008 | COMPLAINT FILED | |
| 05-23-2008 | INITIAL FILING FEE | |
| 05-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCW38477. Affiliated: URI STUDENT SENATE |
| 05-23-2008 | MOT FOR TEMP RESTRAIN ORDER | |

True Copy Attest
[signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island