UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

URI STUDENT SENATE, et al.,
*Plaintiffs,*

v.

TOWN OF NARRAGANSETT, et al.,

*Defendants.*

C.A. No. 08-207 T

**SUPPLEMENT TO DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to paragraph 7 of Defendants' Notice of Removal, filed on May 28, 2008, and to complete compliance with Local Civil Rule 81(b), attached hereto is a certified copy of the Washington County Superior Court docket for the case, entitled, *U.R.I. Student Senate, et al. v. Town of Narragansett, et al., C.A. No. WC08-0396,* which reflects Defendants' filing of their Notice of Removal with the state court.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Supplement to Defendants' Notice of Removal was mailed, postage prepaid, on this 30th day of May, 2008, to:

H. Jefferson Melish, Esq. (#3100)
ACLU – RI Affiliate
74 Main Street
Wakefield, RI 02879
(401) 783-6840