UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| URI STUDENT SENATE; DAVID KEACH; TIMOTHY DEMERCHANT, MICHAEL SPATCHER, WARREN BYRNE, BEN CUDDY, WALTER J. MANNING, STEVEN and KAREN JEDSON, *Plaintiffs,*<br><br>v.<br><br>TOWN OF NARRAGANSETT; T. BRIAN HANDRIGAN, JAMES P. DURKIN, KRISTA J. GARRETT, GEORGE F. LENIHAN, and CHRISTOPHER WILKENS, Council Members in their Official Capacities; JEFFRY CEASRINE, Town Manager, ROBERT UYTTEBROEK, Town Treasurer, and JOSEPH T. LITTLE, JR., Town Police Chief, in their Official Capacities, *Defendants.* | C.A. No. 08-207T |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq., hereby enter my appearance in the above captioned matter for defendants, Town of Narragansett, T. Brian Handrigan, James P. Durkin, Krista J. Garrett, George F. Lenihan, Christopher Wilkens, Council Members in their official capacities, Jeffrey Ceasrine, Town Manager, Robert Uyttebroek, Town Treasurer and Joseph T. Little, Jr., Town Police Chief, in their official capacities.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on June 2, 2008 and is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

H. Jefferson Melish, Esq. #3100
hj.melish@verizon.net

*/s/ Marc DeSisto*

Marc DeSisto