UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

URI STUDENT SENATE; DAVID KEACH; TIMOTHY DEMERCHANT, MICHAEL SPATCHER, WARREN BYRNE, BEN CUDDY, WALTER J. MANNING, STEVEN and KAREN JEDSON,
*Plaintiffs,*

v.

TOWN OF NARRAGANSETT; T. BRIAN HANDRIGAN, JAMES P. DURKIN, KRISTA J. GARRETT, GEORGE F. LENIHAN, and CHRISTOPHER WILKENS, Council Members in their Official Capacities; JEFFRY CEASRINE, Town Manager, ROBERT UYTTEBROEK, Town Treasurer, and JOSEPH T. LITTLE, JR., Town Police Chief, in their Official Capacities,
*Defendants.*

C.A. No. 08-207T

**ANSWER ON BEHALF OF TOWN OF NARRAGANSETT, T. BRIAN HANDRIGAN, JAMES P. DURKIN, KRISTA J. GARRETT, GEORGE F. LENIHAN, CHRISTOPHER WILKENS, JEFFRY CEASRINE, ROBERT UYTTEBROEK AND JOSEPH T. LITTLE, JR.**

Now come the defendants, Town of Narragansett, T. Brian Handrigan, James P. Durkin, Krista J. Garrett, George F. Lenihan, Christopher Wilkens, Jeffrey Ceasrine, Robert Uyttebroek and Joseph T. Little, Jr. and answer the plaintiffs' complaint as follows:

1. These defendants make no response to the unnumbered preliminary paragraphs in the plaintiffs' complaint entitled "statement of the case" and leave plaintiffs to their proof of same.

2. These defendants admit the allegations contained in paragraphs 1, 2, 4, 5, 6, 7, 8, 9 and 10 of that portion of the plaintiffs' complaint entitled "parties."

3. These defendants deny the allegations contained in paragraph 3 of that portion of the plaintiffs' complaint entitled "parties."

4. These defendants make no response to the allegations contained in paragraphs 11, 12, 13, 14 and 15 and leave plaintiffs to their proof of same of that portion of the plaintiffs' complaint entitled "jurisdiction and venue."

5. These defendants deny the allegations contained in paragraph 16 of that portion of the plaintiffs' complaint entitled "jurisdiction and venue."

6. These defendants admit the allegations contained in paragraphs 17, 18, 25, 27, 29, 30, 31, 36, 41 and 43 of that portion of the plaintiffs' complaint entitled "complaint."

7. These defendants deny the allegations contained in paragraphs 20, 21, 22, 23, 24, 26, 34, 35, 38, 39, 40 and 45 of that portion of the plaintiffs' complaint entitled "complaint."

8. These defendants make no response and leave plaintiffs to their proof of same for the following paragraphs in that portion of the plaintiffs' complaint entitled "complaint":
28, 32, 33, 37, 42 and 44.

9. These defendants make no response to paragraph 19 in that portion of the plaintiffs' complaint entitled "jurisdiction and venue" since said paragraph attempts to interpret Town ordinances 46-31 through 46-35 and said ordinances speak for themselves.

**AFFIRMATIVE DEFENSE**

**FIRST AFFIRMATIVE DEFENSE**

These defendants plead absolute and qualified immunity as a bar to the within complaint.

**SECOND AFFIRMATIVE DEFENSE**

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

**THIRD AFFIRMATIVE DEFENSE**

These defendants plead standing as a bar to the within complaint.

**FOURTH AFFIRMATIVE DEFENSE**

These defendants plead ripeness as a bar to the within complaint.

**These defendants demand trial by jury.**

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on June 2, 2008 and is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

H. Jefferson Melish, Esq. #3100
hj.melish@verizon.net

*/s/ Marc DeSisto*

Marc DeSisto