UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

URI STUDENT SENATE, DAVID KEACH, TIMOTHY DEMERCHANT, MICHAEL SPATCHER, WARREN BYRNE, BEN CUDDY WALTER J. MANNING, STEVEN and KAREN JEDSON

-vs- C. A. No. 08-0207T

TOWN OF NARRAGANSETT; T. BRIAN HANDRIGAN, JAMES P. DURKIN, KRISTA J. GARRETT, GEORGE F. LENIHAN, CHRISTOPHER WILKENS, Council Members in their Official Capacities; JEFFRY CEASRINE, TOWN MANAGER, ROBERT UYTTEBROEK, TOWN TREASURER, and JOSEPH T. LITTLE, JR., TOWN POLICE CHIEF, in their Official Capacities

ENTRY OF APPEARANCE

I, Mark A. McSally, hereby enter my appearance as co-counsel for defendants in the above-entitled action.

/s/ Mark A. McSally

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990
E-mail: mmcsally@kkrs.com

CERTIFICATION

I hereby certify that a copy of the within entry of has been electronically filed with the Court on June 3, 2008, and is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

H. Jefferson Melish, Esq. #3100
hj.melish@verizon.net

Marc DeSisto #2757
marc@desistolaw.com

/s/ Mark A. McSally